**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

KEITH D. NEFF, et al.,

        Plaintiffs,

    v.

COMMISSIONERS OF SCHUYLKILL
COUNTY HALCOVAGE, BENDER &
HESS, et al.,

        Defendants.

CIVIL ACTION NO. 3:21-CV-00993

(MEHALCHICK, M.J.)

**ORDER**

AND NOW, this 6th day of October, 2021, in accordance with the Memorandum filed concurrently herewith, and having determined that Plaintiff's Complaint and Amended Complaint (Doc. 1; Doc. 13) fail to state a claim upon which relief can be granted, Plaintiff is hereby GRANTED leave to file an amended complaint within **30 days of the date of this Order, or on or before November 5, 2021.**

        **BY THE COURT:**

        *s/ Karoline Mehalchick*

        **KAROLINE MEHALCHICK**
        **United States Magistrate Judge**