THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH D. NEFF, et al., | : |
| | : CIVIL ACTION NO. 3:21-CV-00993 ✓ |
| Plaintiffs, | : (JUDGE MARIANI) |
| | : (Magistrate Judge Mehalchick) |
| v. | : |
| | : |
| COMMISSIONERS OF SCHUYLKILL COUNTY, et al., | : |
| | : |
| Defendants. | : |

THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH D. NEFF, et al., | : |
| | : CIVIL ACTION NO. 3:21-CV-01342 |
| Plaintiffs, | : (JUDGE MARIANI) |
| | : (Magistrate Judge Mehalchick) |
| v. | : |
| | : |
| COMMISSIONERS OF SCHUYLKILL COUNTY, et al., | : |
| | : |
| Defendants. | : |

FILED
SCRANTON

MAR 2 5 2022

PER _____
DEPUTY CLERK

## ORDER

AND NOW, THIS _____ DAY OF MARCH 2022, upon consideration of the Report and Recommendation ("R&R") issued by Magistrate Judge Karoline Mehalchick in each of the above-captioned matters (3:21-CV-00993 Doc. 93; 3:21-CV-01342 Doc. 69) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&Rs are **ADOPTED** for the reasons set forth therein;

2. Civil Action No. 3:21-CV-01342 is **CONSOLIDATED** into Civil Action No. 3:21-CV-00993;

3. Plaintiff's second amended complaints are **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) without further leave to amend;

4. The documents identified as amended complaints filed after the R&Rs were issued (3:21-CV-00993 Docs. 94-98; 3:21-CV-01342 Docs. 70-74) are **DEEMED MOOT;**

5. The Clerk of Court is directed to **CLOSE THIS CASE**.

_____
Robert D. Mariani
United States District Judge